UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHELLE ANN TOWLES, | No. 5:20-cv-01485-E |
|      Plaintiff, | |
|        v. | [~~PROPOSED~~] JUDGMENT |
| ANDREW M. SAUL, | |
| Commissioner of Social Security, | |
|      Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  4/22/21

/s/ CHARLES F. EICK

HON. CHARLES F. EICK
United States Magistrate Judge